

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case No. '07 MJ 8908 |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | Title 8, U.S.C., Section 1326<br>Attempted Entry After Deportation |
| Ramiro GUTIERREZ- Estebez, ) | |
| Defendant. ) | |

The undersigned complainant, being duly sworn, states:

On or about November 5, 2007, within the Southern District of California, defendant Ramiro GUTIERREZ-Estebez, an alien, who previously had been excluded, deported, and removed from the United States to Mexico was apprehended in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

MICHAEL MIKUSKI
Senior Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 7th DAY OF NOVEMBER 2007.

PETER C. LEWIS
United States Magistrate Judge

UNITED STATES OF AMERICA
v.
Ramiro GUTIERREZ-Estebez

STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent, J. Lay, that the Defendant was arrested on November 5, 2007 east of Calexico, California.

BPA Lay was performing his assigned Border Patrol duties approximately 7 miles east of the Calexico, California Port of Entry. The Remote Video Surveillance Systems (RVSS) observed an individual later identified as Ramiro GUTIERREZ-Estebez illegally cross the U.S./Mexico Boundary. The RVSS operator maintained constant visual as GUTIERREZ continued north. Agent Lay responded to the area and identified himself as a Border Patrol Agent. BPA Lay questioned GUTIERREZ as to his immigration status to be in the United States. GUTIERREZ stated that he was a citizen of Mexico and illegally in the United States. GUTIERREZ was placed under arrest.

Record checks revealed that an Immigration Judge ordered GUTIERREZ deported to Mexico from the United States on February 28, 2006. Record checks also revealed that GUTIERREZ has an extensive criminal record and is currently on Supervised Released with an expiration date of October 16, 2001.

There is no evidence GUTIERREZ has sought or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.