AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN          DISTRICT OF          CALIFORNIA

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

Ramiro Gutierrez-Estebez

CASE NUMBER: 07CR 3264-BTM

I, Ramiro Gutierrez-Estebez, the above named defendant, who is accused of

8 USC 1326 · Deported Alien found in the United States

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __12/4/07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

**FILED**
DEC - 4 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

x _____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer