FILED

MAY 22 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07CR3264-BTM |
| Plaintiff, | SUPERSEDING INFORMATION |
| v. | Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |
| RAMIRO GUTIERREZ-ESTEBEZ,, | |
| Defendant. | |

The United States Attorney charges:

On or about October 31, 2007, within the Southern District of California, defendant RAMIRO GUTIERREZ-ESTEBEZ, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to an Officer with Customs and Border Protection that he was born on February 14, 1972, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: 5/22/08 .

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney